No. 844, Misc.  LEWIS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1024, Misc.  HAGAN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1060, Misc.  COLEMAN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Joseph Forer* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1066, Misc.  RIVAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 1078, Misc.  THOMPSON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1103, Misc.  DORSEY *v.* MARONEY, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 1174, Misc.  PETERSON *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for the United States.